**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUSIVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>ALLIANCE MANAGEMENT SERVICES, LLC,<br><br>Debtor. | CHAPTER 7<br>(Converted) |
| MICHAEL E. WHEATLEY, TRUSTEE FOR THE BANKRUPTCY ESTATE OF ALLIANCE MANAGEMENT SERVICES, LLC<br><br>*Plaintiff*,<br>v.<br><br>POWER PROZ CONSTRUTION, LLC,<br><br>*Defendant*. | CASE NO: 16-31239-jal<br><br>AP NO: 17-03025 |

**NOTICE OF WITHDRAWAL OF COUNSEL BY KENNETH R. REED BY DEFENDANT POWER PROZ CONSTRUCTION, LLC**

COMES NOW, Attorney Kenneth R. Reed ("Reed"), and gives notice of his withdrawal as counsel for Defendant Power Proz Construction, LLC and notes for the Court that Reed will not serve as local counsel in this matter for Scott L. Adkins, Esq., a California attorney, whose pro hac vice motion will be filed forthwith. All motions, briefs, orders, notices, and other filings in this matter should NOT be served on the following counsel:

Kenneth R. Reed, Attorney, P.S.C.
Kenneth R. Reed, Esq.
241 Elm Street #1
Covington, KY 41016
Phone: (859) 331-4443
Fax: (859) 291-2226
kenrreed@juno.com

Dated: August 18, 2017.

Respectfully submitted,

Kenneth R. Reed, Attorney, P.S.C.

By: /s/ Kenneth Reed

Kenneth R. Reed, Esq.
KY Bar No. 57195
241 Elm Street #1
Covington, KY 41016
Phone: (859) 331-4443
Fax: (859) 291-2226
kenrreed@juno.com

Scott L. Adkins, Esq.*
California Bar No. 194809
198 South Carol Malone Blvd.
Grayson, KY 41143
leather1@gmail.com
(954) 242-6974

* *pro hac vice* motion forthcoming

*Counsel for Defendant Power Proz Construction, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Withdrawal as counsel was served on this 18 day of August, 2017, via this Court's ECF filing system upon counsel of record.

*Counsel for Chapter 7 Trustee*
*Michael E. Wheatley*

/s/ Kenneth R. Reed
Kenneth R. Reed